# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DRAKE PETTERSEN,<br><br>  Defendant. | Case No. 20-cr-2292-BAS-1<br><br>**ORDER REGARDING LETTER (ECF No. 80)** |

The Court received a letter from Defendant Drake Pettersen. (ECF No. 80.) He asks for "an Eighth Amendment violation hearing," stating that he has received inadequate medical care and has been placed in an isolated housing unit. (*Id.*)

The correct way for a defendant to address his "grievances regarding treatment within a jail or prison is to file a civil suit against the relevant parties . . . rather than a motion in his criminal case." *United States v. Velazquez Landeros*, No. 1:20-cr-00161-JLT-SKO, 2022 WL 2906418, at *1 (E.D. Cal. July 22, 2022). In other words, Pettersen must file a separate civil rights case to raise an Eighth Amendment claim. Therefore, the Court denies Pettersen's request for a hearing in his criminal case.

|   |   |
|---|---|
| 1 | <u>In addition</u>, the Court directs the Clerk of Court to mail Pettersen the Southern |
| 2 | District's "<u>Pro Se Packet Prisoner.</u>"  That packet includes instructions and forms for |
| 3 | Pettersen to fill out if he chooses to file a civil suit. |
| 4 | **IT IS SO ORDERED.** |
| 6 | **DATED: December 1, 2022** |

Hon. Cynthia Bashant
United States District Judge